# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| In re: BALDINO, JILL | § | Case No. 14-05312-ABG |
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 19, 2014.  The undersigned trustee was appointed on February 19, 2014.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of           $              65,000.00

|  |  |
|---|---|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 64.69 |
| Bank service fees | 1,470.16 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]        $ | 63,465.15 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

   [1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.   The deadline for filing   non-governmental claims in this case was 06/17/2014
and the deadline for filing governmental claims was 08/18/2014.  All claims of each class
which will receive a distribution have been examined and any objections to the allowance
of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any
claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is
$6,500.00.  To the extent that additional interest is earned before case closing, the maximum
compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the
sum of $6,500.00, for a total compensation of $6,500.00. [2] In addition, the trustee
received reimbursement for reasonable and necessary expenses in the amount of $0.00
and now requests reimbursement for expenses of $0.00, for total expenses of
$0.00. [2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the
foregoing report is true and correct.

Date: 06/09/2016               By:/s/ILENE F. GOLDSTEIN
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph
may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 14-05312-ABG | **Trustee:** (330290)   ILENE F. GOLDSTEIN |
| **Case Name:** BALDINO, JILL | **Filed (f) or Converted (c):** 02/19/14 (f) |
| | **§341(a) Meeting Date:** 03/13/14 |
| **Period Ending:** 06/09/16 | **Claims Bar Date:** 06/17/14 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Personal residence at 1401 N Poplar Ave, Round,<br>Imported from original petition Doc# 1 | 104,718.00 | 0.00 | | 0.00 | FA |
| 2 | Single Family residence and acreage, Road, Belvi<br>Imported from original petition Doc# 1 | 83,530.26 | 68,530.26 | | 65,000.00 | FA |
| 3 | Cash on hand and in debtor's possession<br>Imported from original petition Doc# 1 | 2.00 | 0.00 | | 0.00 | FA |
| 4 | Checking account at PNC #7503. This account also<br>Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 5 | Regular and Customary Furniture, Home Furnishing<br>Imported from original petition Doc# 1 | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 6 | Misc CDs, DVDs, Books and non collectible wall a<br>Imported from original petition Doc# 1 | 200.00 | 200.00 | | 0.00 | FA |
| 7 | Usual and Necessary Wearing Apparel<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Costume jewelry no precious metals or gem stones<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Globe life and accident term insurance. Death be<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Sedgwick 401(k) #2041<br>Imported from original petition Doc# 1 | 5,317.56 | 0.00 | | 0.00 | FA |
| 11 | No tax refund per agreement with IRS. IRS has ab<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | 2012 Honda Civic with 40,000 miles jointly owned<br>Imported from original petition Doc# 1 | 6,512.50 | 0.00 | | 0.00 | FA |
| 13 | 2008 Honda Civic with 100,000 miles Vehicle has<br>Imported from original petition Doc# 1 | 6,000.00 | 102.00 | | 0.00 | FA |
| 14 | Domestic cat. No show, breeding or resale value.<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| **14** | **Assets**   **Totals** (Excluding unknown values) | **$208,280.32** | **$70,032.26** | | **$65,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS:  THE TRUSTEE RECENTLY SOLD AN INTEREST IN REAL ESTATE WHICH JUST CLOSED IN JANUARY, 2015.  SHE HAS RETAINED AN

Exhibit A

# Form 1

Page: 2

## **Individual Estate Property Record and Report**
## **Asset Cases**

| | |
|---|---|
| **Case Number:** 14-05312-ABG | **Trustee:** (330290) ILENE F. GOLDSTEIN |
| **Case Name:** BALDINO, JILL | **Filed (f) or Converted (c):** 02/19/14 (f) |
| | **§341(a) Meeting Date:** 03/13/14 |
| **Period Ending:** 06/09/16 | **Claims Bar Date:** 06/17/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

ACCOUNTANT. THE TRUSTEE HAS RECEIVED FUNDS BUT COULD NOT FILE TAX RETURNS ON AN INDIVIDUAL FOR 2015 UNTIL 2016 WHEN THE TAX RATES HAVE BEEN SET FOR INDIVIDUALS AND TAX FORMS FOR 2015 ARE AVAILABLE.  THE TRUSTEE IS NOW FILING HER FINAL TAX RETURNS AND CLOSING THE ESTATE.

**Initial Projected Date Of Final Report (TFR):**    September 30, 2015        **Current Projected Date Of Final Report (TFR):**    July 31, 2016

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 14-05312-ABG | | Trustee: | ILENE F. GOLDSTEIN (330290) | | |
| Case Name: | BALDINO, JILL | | Bank Name: | Rabobank, N.A. | | |
| | | | Account: | ******8466 - Checking Account | | |
| Taxpayer ID #: | **-***2556 | | Blanket Bond: | $5,000,000.00 (per case limit) | | |
| Period Ending: | 06/09/16 | | Separate Bond: | N/A | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/29/14 | {2} | Trust account for Fleming | Sale of interest back to co-owners | 1110-000 | 6,500.00 | | 6,500.00 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,490.00 |
| 01/09/15 | {2} | Fleming | SALE OF REAL ESTATE | 1110-000 | 58,500.00 | | 64,990.00 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.81 | 64,930.19 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.16 | 64,843.03 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.48 | 64,743.55 |
| 04/03/15 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/03/2015 FOR CASE #14-05312, Bond | 2300-000 | | 35.43 | 64,708.12 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.10 | 64,615.02 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.83 | 64,525.19 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.99 | 64,426.20 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 95.75 | 64,330.45 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.44 | 64,241.01 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.56 | 64,142.45 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 92.25 | 64,050.20 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.05 | 63,961.15 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.20 | 63,859.95 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.55 | 63,771.40 |
| 02/22/16 | 102 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/22/2016 FOR CASE #14-05312 | 2300-000 | | 29.26 | 63,742.14 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.42 | 63,653.72 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 100.45 | 63,553.27 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.12 | 63,465.15 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 65,000.00 | 1,534.85 | $63,465.15 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 65,000.00 | 1,534.85 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $65,000.00 | $1,534.85 | |

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 14-05312-ABG |
| Case Name: | BALDINO, JILL |
| | |
| Taxpayer ID #: | **-***2556 |
| Period Ending: | 06/09/16 |

| | |
|---|---|
| Trustee: | ILENE F. GOLDSTEIN (330290) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******8466 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

|  | Net Receipts : | 65,000.00 |
|---|---|---|
|  | Net Estate : | $65,000.00 |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******8466** | **65,000.00** | **1,534.85** | **63,465.15** |
| | **$65,000.00** | **$1,534.85** | **$63,465.15** |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 17, 2014

**Case Number:** 14-05312-ABG        Page: 1        **Date:** June 9, 2016
**Debtor Name:** BALDINO, JILL                                                   **Time:** 03:12:21 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | ILENE F. GOLDSTEIN<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $6,500.00 | $0.00 | 6,500.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $9,415.00 | $0.00 | 9,415.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $153.55 | $0.00 | 153.55 |
| 200 | Jodi E. Gimbel,P.C.<br>5 Revere Drive<br>Suite 350<br>Northbrook, IL 60062 | Admin Ch. 7 | | $518.00 | $0.00 | 518.00 |
| 200 | Jodi E. Gimbel,P.C.<br>5 Revere Drive<br>Suite 350<br>Northbrook, IL 60062 | Admin Ch. 7 | | $86.00 | $0.00 | 86.00 |
| 1<br>610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $8,211.66 | $0.00 | 8,211.66 |
| | | | History: Details1-103/20/2014Claim #1 filed by Discover Bank, Amount claimed: $8211.66 (Dingus, Mandy )<br>-------------------------------------------------------------------------* * * | | | |
| 2<br>610 | American InfoSource LP as agent for Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | | $3,052.14 | $0.00 | 3,052.14 |
| | | | History: Details2-103/24/2014Claim #2 filed by American InfoSource LP as agent for, Amount claimed: $3052.14 (Acree, Summer )<br>-------------------------------------------------------------------------* * * | | | |
| 3<br>610 | American InfoSource LP as agent for Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | | $3,755.04 | $0.00 | 3,755.04 |
| | | | History: Details3-103/24/2014Claim #3 filed by American InfoSource LP as agent for, Amount claimed: $3755.04 (Acree, Summer )<br>-------------------------------------------------------------------------* * * | | | |
| 4<br>610 | Cavalry SPV I, LLC<br>GE Retail Bank/jcpenney rewards MasterCa<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured | | $768.50 | $0.00 | 768.50 |
| | | | History: Details4-104/01/2014Claim #4 filed by Cavalry SPV I, LLC, Amount claimed: $768.50 (Harris, Carolyn )<br>-------------------------------------------------------------------------* * * | | | |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 17, 2014

**Case Number:** 14-05312-ABG
**Debtor Name:** BALDINO, JILL

Page: 2

**Date:** June 9, 2016
**Time:** 03:12:21 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5<br>610 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $1,318.31 | $0.00 | 1,318.31 |
| | | | History: Details5-104/18/2014Claim #5 filed by American Express Centurion Bank, Amount claimed: $1318.31 (Lee, Thomas ) ----------------------------------------------------------------------* * * | | | |
| 6<br>610 | Wells Fargo Bank, N. A.<br>Wells Fargo Card Services<br>1 Home Campus,3rd Floor<br>Des Moines, IA 50328 | Unsecured | | $4,797.08 | $0.00 | 4,797.08 |
| | | | History: Details6-105/19/2014Claim #6 filed by Wells Fargo Bank, N. A., Amount claimed: $4797.08 (Wambold, Kathy ) ----------------------------------------------------------------------* * * | | | |
| 7<br>610 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Unsecured | | $2,052.34 | $0.00 | 2,052.34 |
| | | | History: Details7-105/19/2014Claim #7 filed by MERRICK BANK, Amount claimed: $2052.34 (Gaines, Susan ) ----------------------------------------------------------------------* * * | | | |
| 8<br>610 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $1,130.54 | $0.00 | 1,130.54 |
| | | | History: Details8-105/21/2014Claim #8 filed by Citibank, N.A., Amount claimed: $1130.54 (Hoerl, Shelley ) ----------------------------------------------------------------------* * * | | | |
| 9<br>610 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $9,807.42 | $0.00 | 9,807.42 |
| | | | History: Details9-105/21/2014Claim #9 filed by Citibank, N.A., Amount claimed: $9807.42 (Hoerl, Shelley ) ----------------------------------------------------------------------* * * | | | |
| 10<br>610 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $1,027.28 | $0.00 | 1,027.28 |
| | | | History: Details10-106/10/2014Claim #10 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $1027.28 (Gaines, Susan ) ----------------------------------------------------------------------* * * | | | |
| 11<br>610 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $950.32 | $0.00 | 950.32 |
| | | | History: Details11-106/10/2014Claim #11 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $950.32 (Gaines, Susan ) ----------------------------------------------------------------------* * * | | | |
| 12<br>610 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $796.28 | $0.00 | 796.28 |
| | | | History: Details12-106/10/2014Claim #12 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $796.28 (Gaines, Susan ) ----------------------------------------------------------------------* * * | | | |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 17, 2014

| | |
|---|---|
| **Case Number:** 14-05312-ABG | Page: 3 |
| **Debtor Name:** BALDINO, JILL | |

**Date:** June 9, 2016
**Time:** 03:12:21 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 13<br>610 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $4,278.91 | $0.00 | 4,278.91 |
| | | | History: Details13-106/10/2014Claim #13 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $4278.91 (Gaines, Susan ) | | | |
| | | | -----------------------------------------------------------------------* * * | | | |
| 14<br>610 | Keynote Consulting, Inc<br>220 W Campus Dr Ste 102<br>Arlington Heights, IL 60004 | Unsecured | | $64,838.38 | $0.00 | 64,838.38 |
| | | | History: Details14-106/09/2014Claim #14 filed by Keynote Consulting, Inc, Amount claimed: $64838.38 (Williams, Daphne ) | | | |
| | | | -----------------------------------------------------------------------* * * | | | |
| 15<br>610 | Lisa R. Fleming<br>c/o Attorney James E. Stevens<br>6833 Stalter Drive<br>Rockford, IL 61108 | Unsecured | | $28,871.63 | $0.00 | 28,871.63 |
| | | | History: Details15-106/17/2014Claim #15 filed by Lisa R. Fleming, Amount claimed: $28871.63 (Stevens, James ) | | | |
| | | | -----------------------------------------------------------------------* * * | | | |
| 16<br>610 | William R. Fleming<br>c/o Attorney James E. Stevens<br>6833 Stalter Drive<br>Rockford, IL 61108 | Unsecured | | $18,394.08 | $0.00 | 18,394.08 |
| | | | History: Details16-106/17/2014Claim #16 filed by William R. Fleming, Amount claimed: $18394.08 (Stevens, James ) | | | |
| | | | -----------------------------------------------------------------------* * * | | | |
| << Totals >> | | | | 170,722.46 | 0.00 | 170,722.46 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-05312-ABG
Case Name: BALDINO, JILL
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:**                     $          63,465.15

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | | None | | |

Total to be paid to secured creditors:   $          0.00
Remaining balance:                        $          63,465.15

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 6,500.00 | 0.00 | 6,500.00 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 9,415.00 | 0.00 | 9,415.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 153.55 | 0.00 | 153.55 |
| Accountant for Trustee, Fees - Jodi E. Gimbel,P.C. | 518.00 | 0.00 | 518.00 |
| Accountant for Trustee, Expenses - Jodi E. Gimbel,P.C. | 86.00 | 0.00 | 86.00 |

Total to be paid for chapter 7 administration expenses:   $          16,672.55
Remaining balance:                                         $          46,792.60

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | | None | |

Total to be paid for prior chapter administrative expenses:   $          0.00
Remaining balance:                                            $          46,792.60

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 46,792.60 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 154,049.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 30.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 8,211.66 | 0.00 | 2,494.29 |
| 2 | American InfoSource LP as agent for | 3,052.14 | 0.00 | 927.09 |
| 3 | American InfoSource LP as agent for | 3,755.04 | 0.00 | 1,140.59 |
| 4 | Cavalry SPV I, LLC | 768.50 | 0.00 | 233.43 |
| 5 | American Express Centurion Bank | 1,318.31 | 0.00 | 400.44 |
| 6 | Wells Fargo Bank, N. A. | 4,797.08 | 0.00 | 1,457.11 |
| 7 | MERRICK BANK | 2,052.34 | 0.00 | 623.40 |
| 8 | Citibank, N.A. | 1,130.54 | 0.00 | 343.40 |
| 9 | Citibank, N.A. | 9,807.42 | 0.00 | 2,979.00 |
| 10 | PYOD, LLC its successors and assigns as assignee | 1,027.28 | 0.00 | 312.04 |
| 11 | PYOD, LLC its successors and assigns as assignee | 950.32 | 0.00 | 288.66 |
| 12 | PYOD, LLC its successors and assigns as assignee | 796.28 | 0.00 | 241.87 |
| 13 | PYOD, LLC its successors and assigns as assignee | 4,278.91 | 0.00 | 1,299.72 |

**UST Form 101-7-TFR (05/1/2011)**

| 14 | Keynote Consulting, Inc | 64,838.38 | 0.00 | 19,694.63 |
| 15 | Lisa R. Fleming | 28,871.63 | 0.00 | 8,769.74 |
| 16 | William R. Fleming | 18,394.08 | 0.00 | 5,587.19 |

Total to be paid for timely general unsecured claims: $ 46,792.60

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**