UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ILLINOIS

In re:                                    )
                                          )
**BALDINO, JILL**                         )    Bankruptcy Case No. 14-05312 ABG
                                          )    Chapter 7
                                          )
Debtor(s).                                )

---

**CERTIFICATE OF SERVICE**

---

The undersigned certifies that on _June 14   20_16_, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

BALDINO, JILL
1401 N POPLAR AVE
ROUND LAKE BEACH, IL 60073

STEPHEN S NEWLAND
NEWLAND, NEWLAND & NEWLAND
1512 ARTAIUS PKWY
(847) - 5490000
LIBERTYVILLE, IL 60048

Jodi E. Gimbel,P.C.
5 Revere Drive
Suite 350
Northbrook, IL 60062

1       Discover Bank
        DB Servicing Corporation
        PO Box 3025
        New Albany, OH 43054-3025

2       American InfoSource LP as agent for
        Midland Funding LLC
        PO Box 268941
        Oklahoma City, OK 73126-8941

3        American InfoSource LP as agent for
         Midland Funding LLC
         PO Box 268941
         Oklahoma City, OK 73126-8941

4        Cavalry SPV I, LLC
         GE Retail Bank/jcpenney rewards MasterCa
         500 Summit Lake Drive, Ste 400
         Valhalla, NY 10595

5        American Express Centurion Bank
         c o Becket and Lee LLP
         POB 3001
         Malvern, PA 19355-0701

6        Wells Fargo Bank, N. A.
         Wells Fargo Card Services
         1 Home Campus,3rd Floor
         Des Moines, IA 50328

7        MERRICK BANK
         Resurgent Capital Services
         PO Box 10368
         Greenville, SC 29603-0368

8        Citibank, N.A.
         c/o American InfoSource LP
         PO Box 248840
         Oklahoma City, OK 73124-8840

9        Citibank, N.A.
         c/o American InfoSource LP
         PO Box 248840
         Oklahoma City, OK 73124-8840

10       PYOD, LLC its successors and assigns as assignee
         of Citibank, N.A.
         Resurgent Capital Services,PO Box 19008
         Greenville, SC 29602

11       PYOD, LLC its successors and assigns as assignee
         of Citibank, N.A.
         Resurgent Capital Services,PO Box 19008
         Greenville, SC 29602

12      PYOD, LLC its successors and assigns as assignee
        of Citibank, N.A.
        Resurgent Capital Services,PO Box 19008
        Greenville, SC 29602

13      PYOD, LLC its successors and assigns as assignee
        of Citibank, N.A.
        Resurgent Capital Services,PO Box 19008
        Greenville, SC 29602

14      Keynote Consulting, Inc
        220 W Campus Dr Ste 102
        Arlington Heights, IL 60004

15      Lisa R. Fleming
        c/o Attorney James E. Stevens
        6833 Stalter Drive
        Rockford, IL 61108

16      William R. Fleming
        c/o Attorney James E. Stevens
        6833 Stalter Drive
        Rockford, IL 61108

/s/ ILENE F. GOLDSTEIN

Chapter 7 Trustee
ILENE F. GOLDSTEIN, Trustee
900 Skokie Blvd
Suite 128
Northbrook, IL 60062
Phone: (847) 562-9595
Fax: (847) 564-8402