# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: BALDINO, JILL    § Case No. 14-05312
§
§
Debtor(s)    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $124,750.06    Assets Exempt: $14,301.56
*(without deducting any secured claims)*

Total Distribution to Claimants: $46,792.60    Claims Discharged
Without Payment: $107,257.31

Total Expenses of Administration: $18,207.40

3) Total gross receipts of $ 65,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $65,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 18,207.40 | 18,207.40 | 18,207.40 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 154,049.91 | 154,049.91 | 46,792.60 |
| **TOTAL DISBURSEMENTS** | $0.00 | $172,257.31 | $172,257.31 | $65,000.00 |

4) This case was originally filed under Chapter 7 on February 19, 2014. The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/20/2016          By: /s/ILENE F. GOLDSTEIN
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Single Family residence and acreage, Road, Belvi | 1110-000 | 65,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$65,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 6,500.00 | 6,500.00 | 6,500.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 9,415.00 | 9,415.00 | 9,415.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 153.55 | 153.55 | 153.55 |
| Jodi E. Gimbel, P.C. | 3410-000 | N/A | 518.00 | 518.00 | 518.00 |
| Jodi E. Gimbel, P.C. | 3420-000 | N/A | 86.00 | 86.00 | 86.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 59.81 | 59.81 | 59.81 |
| Rabobank, N.A. | 2600-000 | N/A | 87.16 | 87.16 | 87.16 |
| Rabobank, N.A. | 2600-000 | N/A | 99.48 | 99.48 | 99.48 |
| Arthur B. Levine Company | 2300-000 | N/A | 35.43 | 35.43 | 35.43 |
| Rabobank, N.A. | 2600-000 | N/A | 93.10 | 93.10 | 93.10 |
| Rabobank, N.A. | 2600-000 | N/A | 89.83 | 89.83 | 89.83 |
| Rabobank, N.A. | 2600-000 | N/A | 98.99 | 98.99 | 98.99 |
| Rabobank, N.A. | 2600-000 | N/A | 95.75 | 95.75 | 95.75 |
| Rabobank, N.A. | 2600-000 | N/A | 89.44 | 89.44 | 89.44 |
| Rabobank, N.A. | 2600-000 | N/A | 98.56 | 98.56 | 98.56 |
| Rabobank, N.A. | 2600-000 | N/A | 92.25 | 92.25 | 92.25 |
| Rabobank, N.A. | 2600-000 | N/A | 89.05 | 89.05 | 89.05 |
| Rabobank, N.A. | 2600-000 | N/A | 101.20 | 101.20 | 101.20 |
| Rabobank, N.A. | 2600-000 | N/A | 88.55 | 88.55 | 88.55 |
| Arthur B. Levine Company | 2300-000 | N/A | 29.26 | 29.26 | 29.26 |
| Rabobank, N.A. | 2600-000 | N/A | 88.42 | 88.42 | 88.42 |
| Rabobank, N.A. | 2600-000 | N/A | 100.45 | 100.45 | 100.45 |
| Rabobank, N.A. | 2600-000 | N/A | 88.12 | 88.12 | 88.12 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $18,207.40 | $18,207.40 | $18,207.40 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 8,211.66 | 8,211.66 | 2,494.29 |
| 2 | American InfoSource LP as agent for | 7100-000 | N/A | 3,052.14 | 3,052.14 | 927.09 |
| 3 | American InfoSource LP as agent for | 7100-000 | N/A | 3,755.04 | 3,755.04 | 1,140.59 |
| 4 | Cavalry SPV I, LLC | 7100-000 | N/A | 768.50 | 768.50 | 233.43 |
| 5 | American Express Centurion Bank | 7100-000 | N/A | 1,318.31 | 1,318.31 | 400.44 |
| 6 | Wells Fargo Bank, N. A. | 7100-000 | N/A | 4,797.08 | 4,797.08 | 1,457.11 |
| 7 | MERRICK BANK | 7100-000 | N/A | 2,052.34 | 2,052.34 | 623.40 |
| 8 | Citibank, N.A. | 7100-000 | N/A | 1,130.54 | 1,130.54 | 343.40 |
| 9 | Citibank, N.A. | 7100-000 | N/A | 9,807.42 | 9,807.42 | 2,979.00 |
| 10 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 1,027.28 | 1,027.28 | 312.04 |
| 11 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 950.32 | 950.32 | 288.66 |
| 12 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 796.28 | 796.28 | 241.87 |
| 13 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 4,278.91 | 4,278.91 | 1,299.72 |
| 14 | Keynote Consulting, Inc | 7100-000 | N/A | 64,838.38 | 64,838.38 | 19,694.63 |
| 15 | Lisa R. Fleming | 7100-000 | N/A | 28,871.63 | 28,871.63 | 8,769.74 |
| 16 | William R. Fleming | 7100-000 | N/A | 18,394.08 | 18,394.08 | 5,587.19 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $154,049.91 | $154,049.91 | $46,792.60 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-05312  
**Case Name:** BALDINO, JILL

**Period Ending:** 10/20/16

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 02/19/14 (f)  
**§341(a) Meeting Date:** 03/13/14  
**Claims Bar Date:** 06/17/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Personal residence at 1401 N Poplar Ave, Round,<br>Imported from original petition Doc# 1 | 104,718.00 | 0.00 | | 0.00 | FA |
| 2 | Single Family residence and acreage, Road, Belvi<br>Imported from original petition Doc# 1 | 83,530.26 | 68,530.26 | | 65,000.00 | FA |
| 3 | Cash on hand and in debtor's possession<br>Imported from original petition Doc# 1 | 2.00 | 0.00 | | 0.00 | FA |
| 4 | Checking account at PNC #7503. This account also<br>Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 5 | Regular and Customary Furniture, Home Furnishing<br>Imported from original petition Doc# 1 | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 6 | Misc CDs, DVDs, Books and non collectible wall a<br>Imported from original petition Doc# 1 | 200.00 | 200.00 | | 0.00 | FA |
| 7 | Usual and Necessary Wearing Apparel<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Costume jewelry no precious metals or gem stones<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Globe life and accident term insurance. Death be<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Sedgwick 401(k) #2041<br>Imported from original petition Doc# 1 | 5,317.56 | 0.00 | | 0.00 | FA |
| 11 | No tax refund per agreement with IRS. IRS has ab<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | 2012 Honda Civic with 40,000 miles jointly owned<br>Imported from original petition Doc# 1 | 6,512.50 | 0.00 | | 0.00 | FA |
| 13 | 2008 Honda Civic with 100,000 miles Vehicle has<br>Imported from original petition Doc# 1 | 6,000.00 | 102.00 | | 0.00 | FA |
| 14 | Domestic cat. No show, breeding or resale value.<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | **Assets    Totals** (Excluding unknown values) | **$208,280.32** | **$70,032.26** | | **$65,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS:  THE TRUSTEE RECENTLY SOLD AN INTEREST IN REAL ESTATE WHICH JUST CLOSED IN JANUARY, 2015.  SHE HAS RETAINED AN

Printed: 10/20/2016 01:17 PM    V.13.28

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-05312　　　　　　　　　　　　　　　　　　**Trustee:** (330290) ILENE F. GOLDSTEIN
**Case Name:** BALDINO, JILL　　　　　　　　　　　　　　　　**Filed (f) or Converted (c):** 02/19/14 (f)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**§341(a) Meeting Date:** 03/13/14
**Period Ending:** 10/20/16　　　　　　　　　　　　　　　　　**Claims Bar Date:** 06/17/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

ACCOUNTANT. THE TRUSTEE HAS RECEIVED FUNDS BUT COULD NOT FILE TAX RETURNS ON AN INDIVIDUAL FOR 2015 UNTIL 2016 WHEN THE TAX RATES HAVE BEEN SET FOR INDIVIDUALS AND TAX FORMS FOR 2015 ARE AVAILABLE. THE TRUSTEE IS NOW FILING HER FINAL TAX RETURNS AND CLOSING THE ESTATE.

**Initial Projected Date Of Final Report (TFR):**　　September 30, 2015　　　　**Current Projected Date Of Final Report (TFR):**　　July 31, 2016

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 14-05312 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
| --- | --- | --- | --- | --- |
| Case Name: | BALDINO, JILL | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******8466 - Checking Account |
| Taxpayer ID #: | **-***2556 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/20/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/29/14 | {2} | Trust account for Fleming | Sale of interest back to co-owners | 1110-000 | 6,500.00 | | 6,500.00 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,490.00 |
| 01/09/15 | {2} | Fleming | SALE OF REAL ESTATE | 1110-000 | 58,500.00 | | 64,990.00 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.81 | 64,930.19 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.16 | 64,843.03 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.48 | 64,743.55 |
| 04/03/15 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/03/2015 FOR CASE #14-05312, Bond | 2300-000 | | 35.43 | 64,708.12 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.10 | 64,615.02 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.83 | 64,525.19 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.99 | 64,426.20 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 95.75 | 64,330.45 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.44 | 64,241.01 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.56 | 64,142.45 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 92.25 | 64,050.20 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.05 | 63,961.15 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.20 | 63,859.95 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.55 | 63,771.40 |
| 02/22/16 | 102 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/22/2016 FOR CASE #14-05312 | 2300-000 | | 29.26 | 63,742.14 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.42 | 63,653.72 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 100.45 | 63,553.27 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.12 | 63,465.15 |
| 07/12/16 | 103 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $6,500.00, Trustee Compensation; Reference: | 2100-000 | | 6,500.00 | 56,965.15 |
| 07/12/16 | 104 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $153.55, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 153.55 | 56,811.60 |
| 07/12/16 | 105 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $9,415.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 9,415.00 | 47,396.60 |
| 07/12/16 | 106 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $518.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 518.00 | 46,878.60 |
| 07/12/16 | 107 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $86.00, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 86.00 | 46,792.60 |
| 07/12/16 | 108 | Discover Bank | Dividend paid 30.37% on $8,211.66; Claim# 1; | 7100-000 | | 2,494.29 | 44,298.31 |

Subtotals : $65,000.00 $20,701.69

{} Asset reference(s)                                                  Printed: 10/20/2016 01:17 PM    V.13.28

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-05312  
**Case Name:** BALDINO, JILL  

**Taxpayer ID #:** **-***2556  
**Period Ending:** 10/20/16  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8466 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $8,211.66; Reference: | | | | |
| 07/12/16 | 109 | American InfoSource LP as agent for | Dividend paid 30.37% on $3,052.14; Claim# 2; Filed: $3,052.14; Reference: | 7100-000 | | 927.09 | 43,371.22 |
| 07/12/16 | 110 | American InfoSource LP as agent for | Dividend paid 30.37% on $3,755.04; Claim# 3; Filed: $3,755.04; Reference: | 7100-000 | | 1,140.59 | 42,230.63 |
| 07/12/16 | 111 | Cavalry SPV I, LLC | Dividend paid 30.37% on $768.50; Claim# 4; Filed: $768.50; Reference: | 7100-000 | | 233.43 | 41,997.20 |
| 07/12/16 | 112 | American Express Centurion Bank | Dividend paid 30.37% on $1,318.31; Claim# 5; Filed: $1,318.31; Reference: | 7100-000 | | 400.44 | 41,596.76 |
| 07/12/16 | 113 | Wells Fargo Bank, N. A. | Dividend paid 30.37% on $4,797.08; Claim# 6; Filed: $4,797.08; Reference: | 7100-000 | | 1,457.11 | 40,139.65 |
| 07/12/16 | 114 | MERRICK BANK | Dividend paid 30.37% on $2,052.34; Claim# 7; Filed: $2,052.34; Reference: | 7100-000 | | 623.40 | 39,516.25 |
| 07/12/16 | 115 | Citibank, N.A. | Dividend paid 30.37% on $1,130.54; Claim# 8; Filed: $1,130.54; Reference: | 7100-000 | | 343.40 | 39,172.85 |
| 07/12/16 | 116 | Citibank, N.A. | Dividend paid 30.37% on $9,807.42; Claim# 9; Filed: $9,807.42; Reference: | 7100-000 | | 2,979.00 | 36,193.85 |
| 07/12/16 | 117 | PYOD, LLC its successors and assigns as assignee | Dividend paid 30.37% on $1,027.28; Claim# 10; Filed: $1,027.28; Reference: | 7100-000 | | 312.04 | 35,881.81 |
| 07/12/16 | 118 | PYOD, LLC its successors and assigns as assignee | Dividend paid 30.37% on $950.32; Claim# 11; Filed: $950.32; Reference: | 7100-000 | | 288.66 | 35,593.15 |
| 07/12/16 | 119 | PYOD, LLC its successors and assigns as assignee | Dividend paid 30.37% on $796.28; Claim# 12; Filed: $796.28; Reference: | 7100-000 | | 241.87 | 35,351.28 |
| 07/12/16 | 120 | PYOD, LLC its successors and assigns as assignee | Dividend paid 30.37% on $4,278.91; Claim# 13; Filed: $4,278.91; Reference: | 7100-000 | | 1,299.72 | 34,051.56 |
| 07/12/16 | 121 | Keynote Consulting, Inc | Dividend paid 30.37% on $64,838.38; Claim# 14; Filed: $64,838.38; Reference: | 7100-000 | | 19,694.63 | 14,356.93 |
| 07/12/16 | 122 | Lisa R. Fleming | Dividend paid 30.37% on $28,871.63; Claim# 15; Filed: $28,871.63; Reference: | 7100-000 | | 8,769.74 | 5,587.19 |
| 07/12/16 | 123 | William R. Fleming | Dividend paid 30.37% on $18,394.08; Claim# 16; Filed: $18,394.08; Reference: | 7100-000 | | 5,587.19 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 65,000.00 | 65,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 65,000.00 | 65,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$65,000.00** | **$65,000.00** | |

{} Asset reference(s)

Printed: 10/20/2016 01:17 PM    V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 14-05312 | | **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| --- | --- | --- | --- | --- |
| **Case Name:** | BALDINO, JILL | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******8466 - Checking Account |
| **Taxpayer ID #:** | **-***2556 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 10/20/16 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

Net Receipts : 65,000.00

────────────

Net Estate : $65,000.00

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- |
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******8466** | 65,000.00 | 65,000.00 | 0.00 |
| | $65,000.00 | $65,000.00 | $0.00 |

{} Asset reference(s)

Printed: 10/20/2016 01:17 PM V.13.28